# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ALAN N. SCOTT

          Plaintiff,

    v.

WARDEN, FCI FAIRTON

          Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-CV-929-RMB

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED

☐ DENIED, for the following reasons:

_____

_____.

ENTERED this ___30th___ day of ___November___, 2009

Hon. Renée Marie Bumb, USDCJ